| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GEARY MOHAMMED MILLS, #16878-078 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:17-CV-510 |
| | § | CRIMINAL ACTION NO. 4:10-CR-65(08) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Movant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 should be dismissed for lack of jurisdiction. Movant has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections of Movant are without merit.

It is accordingly **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#2) pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice for lack of jurisdiction. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 14th day of August, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE